UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-mj-8159-BER

UNITED STATES OF AMERICA

v.

TIMOTHY E. MARIS                                        FILED UNDER SEAL
_____/

**UNITED STATES' *EX PARTE* MOTION TO UNSEAL PROCEEDINGS**

Plaintiff, the United States of America, respectfully requests that the Court enter an Order unsealing these proceedings and all filings and Orders in this case. This matter was filed under seal on April 3, 2024. At the government's request, the Court entered an Order Sealing Proceedings, which sealed this action and all filings therein until "under the defendant is arrested."

The Defendant was arrested on April 8, 2024 in Palm Beach County, Florida. The government requests that the Court enter an Order unsealing these proceedings. A proposed order accompanies this motion.

                                                      Respectfully submitted,

                                                      MARKENZY LAPOINTE
                                                    UNITED STATES ATTORNEY

By:    ___*s/Gregory Schiller*_____
          GREGORY SCHILLER
          ASSISTANT UNITED STATES ATTORNEY
          Fla. Bar No. 0648477
          500 S. Australian Ave., Suite 400
          West Palm Beach, FL 33401
          (561) 209-1045
          Gregory.Schiller@usdoj.gov